UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 17-cv-136 (RHK/FLN) |
| Plaintiff, | |
| v. | **NOTICE OF HEARING ON MOTION TO DISMISS** |
| KleinBank, | |
| Defendant. | |

---

**PLEASE TAKE NOTICE** that, at 8:00 a.m. on June 26, 2017, before the Honorable Richard H. Kyle, U.S. District Court, Courtroom 7 Federal Building, 316 North Robert Street, St. Paul, Minnesota, KleinBank will move for an order granting its Motion to Dismiss.

Dated: April 10, 2017

s/ John W. Lundquist
John W. Lundquist (#65286)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Fax: (612) 492-7077
jlundquist@fredlaw.com

**ATTORNEY FOR KLEINBANK**