IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                    Court File No. 17-cv-136 (RHK/FLN)

KLEINBANK,

       Defendant.

_____

**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE**
_____

      The United States and KleinBank hereby stipulate to the following schedule for briefing KleinBank's pending motion to dismiss the Complaint and request the Court to issue an order in conformity therewith. The schedule below provides a sixty (60) day extension from the Court's Standing Order for the government to respond and a seven (7) day extension to KleinBank for its reply brief.

      1.    The parties propose and request the following briefing schedule:

          a.  KleinBank will file its Memorandum in Support of Motion to Dismiss one hundred nine days (109) days prior to the hearing date.

          b.  The Government will file its responsive memorandum twenty-eight (28) days prior to the hearing date.

          c.  KleinBank will file any reply memorandum fourteen (14) days before the hearing date.

          d.  The parties jointly request the Court to set the hearing date on or after September 19, 2017.

2. Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).  Because this request is made prior to May 15, 2017, the date on which KleinBank's motion to dismiss currently is due, the request is timely.

3. Good cause exists for the requested extensions.  Because of the federal government's change in administration, the confirmation of a new Attorney General, and a transition in leadership within the Civil Rights Division, the United States requires additional time to brief the new leadership of the Department on this case and the issues to be addressed in its response before making any representations to the Court.

Respectfully submitted,

By: s/ John W. Lundquist

John W. Lundquist
Fredrikson & Byron P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone: (612) 492-7000
Fax: (612) 492-7000
jlundquist@fredlaw.com

ATTORNEY FOR KLEINBANK

DATED: May 4, 2017

T.E. Wheeler, II
Acting Assistant Attorney General
Civil Rights Division

By: s/ Aurora Bryant
SAMEENA SHINA MAJEED, Chief
LUCY G. CARLSON, Deputy Chief
AURORA BRYANT (LA Bar #33447)
CHRISTOPHER D. BELEN (VA #78281)
ERNESTINE WARD (MD #1112150249)
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW – NWB
Washington, DC 20530
Phone: (202) 616-2602
Fax: (202) 514-1116
Aurora.Bryant@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

DATED: May 4, 2017