IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Court File No. 17-cv-136 (RHK/FLN)

KLEINBANK,

        Defendant.

**ORDER EXTENDING BRIEFING SCHEDULE**

The Court hereby adopts the parties' Stipulation and orders that it be implemented. Judge Kyle's calendar clerk is requested to set a date on or after September 19, 2017 for the hearing of KleinBank's Motion to Dismiss.

DATED: _____        By the Court:

                                                            _____
                                                            The Honorable Franklin L. Noel
                                                            Magistrate Judge