# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

United States of America,

              Plaintiff,

                                              Civ. No. 17-136 (RHK/FLN)

v.                                                **ORDER**

KleinBank,

              Defendant.

_____

**IT IS ORDERED**, pursuant to 28 U.S.C. § 636 and Local Rule 72.1, that Defendant's impending Motion to Dismiss is **REFERRED** to Magistrate Judge Noel for appropriate disposition.

Dated:  May 19, 2017                                        <u>s/Richard H. Kyle</u>
                                                                    RICHARD H. KYLE
                                                                    United States District Judge