# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 Court File No. 17-cv-136 (RHK/FLN)

KLEINBANK,

        Defendant.

## AMENDED ORDER EXTENDING BRIEFING SCHEDULE

      The Court hereby adopts the parties' Stipulation and orders that it be implemented. Magistrate Judge Noel's calendar clerk has set the date of the hearing for September 22, 2017 at 9:30 a.m. , in Courtroom 9W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, for the hearing of KleinBank's Motion to Dismiss.

DATED:  June 2, 2017        By the Court:

                                        *s/Franklin L. Noel*
                                        The Honorable Franklin L. Noel
                                        Magistrate Judge