IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Court File No. 17-cv-136 (RHK/FLN)

KLEINBANK,

      Defendant.

---

**DEFENDANT'S MOTION TO DISMISS**

---

KleinBank respectfully moves the Court for an Order dismissing the Complaint under Federal Rule of Civil Procedure 12(b)(6).

This motion is supported by the accompanying memorandum of law, declaration of John W. Lundquist, and exhibits; counsel's arguments at the hearing; and all of the other files, records, and proceedings herein.

Dated: June 5, 2017                           s/ John W. Lundquist
                                                               John W. Lundquist (#0065286)
                                                               Amber J. Moren (#0394976)
                                                               Anupama D. Sreekanth (#0393417)
                                                               **FREDRIKSON & BYRON, P.A.**
                                                               200 South Sixth Street, Suite 4000
                                                               Minneapolis, MN 55402-1425
                                                               Telephone: 612.492.7000
                                                               jlundquist@fredlaw.com
                                                               amoren@fredlaw.com
                                                               asreenkanth@fredlaw.com

                                                               *Attorneys for Defendant KleinBank*