# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

United States of America,

      Plaintiff,

              Civ. No. 17-136 (RHK/FLN)
v.               **ORDER**

KleinBank,

      Defendant.

___

  Magistrate Judge Noel having issued a Report and Recommendation on June 30, 2017, recommending that the Court grant the Motion of certain bankers associations to appear as *amicus curiae* in connection with Defendant's Motion to Dismiss, and the Court noting that no opposition to the associations' Motion has been filed, **IT IS ORDERED** that the Report & Recommendation (Doc. No. 33) is **ADOPTED**, and the associations' Motion to appear as *amicus curiae* (Doc. No. 29) is **GRANTED**. Because the underlying Motion to Dismiss has been referred to Judge Noel, the Court leaves it up to him to determine the parameters for the associations' *amicus* appearance (for example, whether they will be permitted to argue at the hearing on the Motion to Dismiss).

Dated: July 11, 2017             s/Susan Richard Nelson
                     SUSAN RICHARD NELSON
                     United States District Judge