September 19, 2017

The Honorable Franklin L. Noel
Magistrate Judge, District of Minnesota
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*Delivered via the Pacer ECF System*

Dear Judge Noel,

    I am writing to respectfully request the opportunity to briefly address the Court at its hearing this Friday, September 22, 2017, in Case No. 17-cv-00136, *United States of America vs. KleinBank*. I am Lead Attorney for the *amici curiae*, the Bankers Associations. The Bankers Associations, and the banks we collectively represent, are pleased the Court allowed us to submit our brief in this case. We would very much appreciate the opportunity to make some brief comments at this hearing. Our comments would reflect the position of amici and would not duplicate any arguments made by KleinBank. We believe our appearance could be useful to the Court.

    Thank you very much for your consideration.

Sincerely,

*Joseph Witt*

Joseph J. Witt (Mn. Bar No. 024174X)
MINNESOTA BANKERS ASSOCIATION
8050 Washington Avenue South, Suite 150
Eden Prairie, MN 55344
Telephone: 952.835.3900

Lead Attorney for *amici curiae*, the Bankers Associations