**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
_____

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                                   Court File No. 17-cv-136 (PAM/FLN)

KLEINBANK,

           Defendant.

_____

**DEFENDANT'S STATEMENT INSTEAD OF REDACTED DOCUMENT**
_____

     KleinBank files this Statement instead of Redacted Document with respect to its Sealed Objections to the Sealed Report and Recommendation. The entire Report and Recommendation was issued under seal. *See* Doc. No. 51.  It is impractical to redact the Objections, which pertain to and heavily reference the sealed Report and Recommendation, under these circumstances. *See* D. Minn. L.R. 5.6(d)(1)(A)(ii).  If the Court decides that the Objections should be unsealed, KleinBank respectfully requests the opportunity to submitted a redacted version of the Objections with references to the FDIC's examinations redacted since those documents are confidential pursuant to 12 C.F.R. §§ 309.5(g) and 309.6(a).

2

Dated: February 27, 2018 s/ John W. Lundquist
John W. Lundquist (#0065286)
Alexander D. Chiquoine (#0396420)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
jlundquist@fredlaw.com
achiquoine@fredlaw.com

***Attorneys for Defendant KleinBank***