# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Court File No. 17-cv-136 (PAM/FLN)

KLEINBANK,

        Defendant.

_____

## [PROPOSED] ORDER
_____

This matter is before the Court on Defendant KleinBank's Sealed Objections to the Sealed Report and Recommendation ("Objections"). Doc. No. 61. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant KleinBank's Objections (Doc. No. 61) are **SUSTAINED;**

2. The Court respectfully **DECLINES TO ADOPT** the Sealed Report and Recommendation (Doc. No. 51); and,

3. Defendant KleinBank's Motion to Dismiss (Doc. No. 18) is **GRANTED** and the claims in the Complaint are **dismissed with prejudice**.

Dated: March __, 2018

                                                            Paul A. Magnuson
                                                            United States District Court Judge