UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Case No. 17-cv-136 (PAM/FLN)

      Plaintiffs,                                              **ORDER**

      v.

KleinBank,

      Defendant.

---

Aurora Bryant, for Plaintiff.
Alexander Chiquoine, for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on the parties' joint motion regarding continued sealing (ECF No. 60). By their joint motion, the parties seek to maintain under seal docket entry 45 that was initially filed under a temporary seal pursuant to Local Rule 5.6(d)(1).[1] Given that docket entry 45 quotes material the Court previously held must remain under seal, the Court grants the parties' request to maintain docket entry 45 under permanent seal.

Based upon the foregoing, and all of the files, records and proceedings herein, it is hereby

**ORDERED** that the parties' joint motion regarding continued sealing (ECF No. 60) is **GRANTED**. Docket entry 45, referenced above, will remain **SEALED**.

DATED: February 28, 2018                    *S/Franklin L. Noel*
                                                                     FRANKLIN L. NOEL
                                                                     United States Magistrate Judge

---

1    In the future, when filing joint motions regarding continued sealing, the parties are directed to use the form motion, which is a spreadsheet configured template, available on the District of Minnesota's website: http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#jmforms.