## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 17-cv-136 (PAM/FLN)

KLEINBANK,

        Defendant.

_____

## **MEET AND CONFER STATEMENT**

Aurora Bryant, attorney for the United States, hereby makes the following statement pursuant to Local Rule 7.1(a):

Between April 13 and April 18, 2018, the United States met and conferred with Defendant KleinBank by email and telephone regarding the United States' Motion to Enter a Redacted Report and Recommendation, ECF No. 51, and Unseal the Order on KleinBank's Motion to Dismiss, ECF No. 71. On April 17, 2018, contingent on the United States seeking the limited redaction in the R&R as set forth in the motion, counsel for KleinBank represented that Defendant does not oppose the United States' motion.

//

Dated: April 17, 2018

JOHN GORE
Acting Assistant Attorney General
Civil Rights Division

*/s/ Aurora Bryant*
SAMEENA SHINA MAJEED
Chief
LUCY G. CARLSON
Deputy Chief
AURORA BRYANT (LA #33447)
ERNESTINE WARD (MD # 1112150249)
CHRISTOPHER BELEN (VA #78281)
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Northwestern Building, 7th Floor
Washington, D.C. 20530
Phone: (202) 616 -2602
Fax: (202) 514-1116
Aurora.Bryant@usdoj.gov
Ernestine.Ward2@usdoj.gov
Christopher.Belen@usdoj.gov

***Attorneys for the United States***