# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 17-136 PAM/FLN

KleinBank

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is DISMISSED with prejudice, with each party to bear its own costs and fees.

Date: 5/10/2018

KATE M. FOGARTY, CLERK

s/A. Linner
(By)   A. Linner, Deputy Clerk